**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants DAVID SAMSON, JAMES MIDDLETON, DEVON SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY DICKERSON, | Case No.: 2:17-cv-01927-TLN-EFB |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; ORDER** |
| DAVID SAMSON, individually and as a captain of the Sutter County Sheriff's Department, JAMES MIDDLETON, individually and as a deputy of the Sutter County Sheriff's Department, AND DEVON SMITH, individually and as a deputy of the Sutter County Sheriff's Department, and DOES 1 THROUGH 20, inclusive, | Complaint Filed: September 15, 2017 |
| Defendant. | |

Plaintiff CODY DICKERSON and Defendants DAVID SAMSON, JAMES MIDDLETON, DEVON SMITH, by and through their respective counsel of record, hereby agree to continue the hearing on Defendants' Motion to Dismiss (ECF No. 4) to February 8, 2018. Good cause exists for this continuance, due to counsel for Plaintiff's unavailability for the noticed hearing date, contemplation of amending the complaint to address the motion, the intervening holidays, and to allow for potential discussions about the feasibility of resolution.

1
**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Respectfully submitted,

Dated: December 20, 2017　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　By /s/John R. Whitefleet_____
　　　　　　　　　　　　　　　　　　John R. Whitefleet
　　　　　　　　　　　　　　　　　　Attorney for Defendants

Dated: December 20, 2017　　　　LAW OFFICE OF MICHAEL J. TREZZA

　　　　　　　　　　　　　　　　By /s/ Michael J. Trezza (authorized on 12/20/17)
　　　　　　　　　　　　　　　　　　Michael J. Trezza
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

GOOD CAUSE appearing, the Court hereby grants the continuance. The hearing on Defendants' Motion to Dismiss (ECF No. 4) is set for February 8, 2018, at 2:00 p.m. Briefing on the motion shall be in accordance with Local Rules and the new date.

**IT IS SO ORDERED.**

Dated: December 20, 2017

_____
Troy L. Nunley
United States District Judge